UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NICOLE HARRIS,

      Plaintiff,                     Case No. 06-10038
                                      District Judge John Corbett O'Meara
v.                                 Magistrate Judge R. Steven Whalen

YPSILANTI POLICE OFFICER DAVID
GILLAHAN, et al.,

      Defendants.
_____/

## ORDER DISMISSING PLAINTIFF'S MOTION

Upon receiving a written request by Plaintiff withdrawing the Motion to Determine Sufficiency of Admissions (filed 7/21/06) [docket # 20] and the same having been filed with the Court on September 15, 2006, and the Court being fully advised in the premises;

IT IS HEREBY ORDERED that Plaintiff's Motion to Determine Sufficiency of Admissions [filed 7/21/06] [document #20] is hereby dismissed without prejudice.

                                       s/R. Steven Whalen
                                       R. STEVEN WHALEN
                                       UNITED STATES MAGISTRATE JUDGE

Dated: September 15, 2006

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on September 15, 2006.

s/Gina Wilson
Judicial Assistant
